PROB 12  
(Rev. 11/04)

FILED  
CLERK, U.S. DISTRICT COURT  
1/15/2025  
CENTRAL DISTRICT OF CALIFORNIA  
BY: ___LFA___ DEPUTY

# United States District Court
for  
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. Adam Blair Smith                             Docket No.: 5:21-cr-00149-SB-2

**Petition on Probation and Supervised Release (Bench Warrant)**

COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>Adam Blair Smith</u> who was placed on supervision by the Honorable <u>STANLEY BLUMENFELD, JR.</u> sitting in the Court at <u>Los Angeles</u>, <u>California</u>, on the <u>24th</u> day of <u>September</u>, <u>2024</u> who fixed the period of supervision at <u>five years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Adam Blair Smith before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this <u>15th</u> day of <sup>January</sup>, 20<u>25</u> and ordered filed and made a part of the records in the above case.



_____  
United States District Judge  
HONORABLE STANLEY BLUMENFELD, JR.

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on January 14, 2025

/S/ RICHARD AN  
Supervisory U. S. Probation & Pretrial Services Officer

Place: Los Angeles, California

U.S.A.   VS   Adam Blair Smith
Docket No    5:21-cr-00149-SB-2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**:

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court to refrain from any unlawful use of a controlled substance, Adam Blair Smith used methamphetamine as evidenced by analysis of his sweat patch worn between the dates of December 3, 2024 to December 7, 2024.

2. Having been ordered by the Court to refrain from any unlawful use of a controlled substance, Adam Blair Smith used methamphetamine as evidenced by analysis of his sweat patch worn between the dates of December 7, 2024 to December 13, 2024.

3. Having been ordered by the Court to refrain from any unlawful use of a controlled substance, Adam Blair Smith used methamphetamine as evidenced by analysis of his sweat patch worn between the dates of December 13, 2024 to December 20, 2024.

4. Having been ordered by the Court to refrain from any unlawful use of a controlled substance, Adam Blair Smith used methamphetamine as evidenced by analysis of his sweat patch worn between the dates of December 20, 2024 to December 27, 2024.